R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

OCT 2 7 2025

FILED_____
DOCKETED_____
                    DATE              INITIAL

25-3770

To the Honorable Justices of the Ninth Cir. Court of Appeals,
c/o Molly C. Dwyer, Clerk of Court. U.S. Court of Appeals Building
95 Seventh St., San Francisco, CA. 94103,
POB 193939, San Francisco,          Re Case#;3:25-cv-00089-RBM-MSB, Document 11.
CA. 94119

Honorable Justices,

    Please, as per your Sept. 12, 2025 Order, finalize your Order dismissing
my appeal as soon as is appropriate and convenient for the Court. Thank You,
and please serve me with the Order. Respectfully,

James Shaw, CDC# G0582, Date,
In pro=per